(111 So. 924)

Grute BUSH v. STATE. (7 Div. 306.) (Court of Appeals of Alabama. Jan. 18, 1927. Rehearing Denied March 22, 1927.)

R. B. Carr, Judge. Hugh D. Merrill, of Anniston, and Frank B. Embry, of Pell City, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

(114 So. 920)

Hugh BUSH v. STATE. (4 Div. 290.) Court of Appeals of Alabama. Nov. 22, 1927.

J. S. Williams, Judge.

SAMFORD, J. Affirmed.

(111 So. 924)

W. A. BUSH v. STATE. (3 Div. 550.) (Court of Appeals of Alabama. Jan. 11, 1927.)

Leon McCord, Judge.

RICE, J. Appellant was convicted of the offense of violating the prohibition laws by having whisky in his possession. We have read the entire evidence, and it was ample to support the verdict returned. The few exceptions reserved on the taking of testimony have each been examined, and in each instance we find the ruling of the court without error. There is no error in the record, and the judgment is affirmed. Affirmed.

(114 So. 920)

Ollie (alias Rooster) BUTLER v. STATE. (5 Div. 669.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

RICE, J. Appeal dismissed.

(117 So. 924)

Rosco BUTTERWORTH v. STATE. (7 Div. 444.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Distilling.

RICE, J. Appeal dismissed.

(116 So. 923)

Hubbard CADENHEAD v. PHENIX CITY. (4 Div. 364.) Court of Appeals of Alabama. May 10, 1928.

J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 923)

C. W. CAIN et al. v. Mrs. E. L. SANDERS. (6 Div. 298.) Court of Appeals of Alabama. April 19, 1928.

C. B. Smith, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(117 So. 924)

Earnest CAL v. STATE. (8 Div. 652.) Court of Appeals of Alabama. May 22, 1928.

O. Kyle, Judge. False pretense.

RICE, J. Appeal dismissed.

(114 So. 920)

George CALDWELL v. CITY OF PRICHARD. (1 Div. 743.) Court of Appeals of Alabama. Nov. 17, 1927.

Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(112 So. 920)

F. A. CALHOUN v. STATE. (1 Div. 745.) Court of Appeals of Alabama. May 17, 1927.

Saffold Berney, Judge.

BRICKEN, P. J. Appeal dismissed.

(114 So. 920)

Archie CAMPBELL v. STATE. (2 Div. 385.) Court of Appeals of Alabama. Nov. 8, 1927.

Benj. F. Elmore, Judge. Distilling.

BRICKEN, P. J. Affirmed.

(117 So. 924)

Nathan CAMPBELL v. STATE. (1 Div. 806.) Court of Appeals of Alabama. June 5, 1928.

Saffold Berney, Judge. Grand larceny.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(117 So. 924)

Nathan CAMPBELL v. STATE. (1 Div. 805.) Court of Appeals of Alabama. June 5, 1928.

Saffold Berney, Judge. Grand larceny.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(111 So. 924)

Walter CARPENTER v. STATE. (8 Div. 487.) (Court of Appeals of Alabama, March 22, 1927.)

J. E. Horton, Judge.

SAMFORD, J. Affirmed.

(116 So. 923)

A. C., alias Dock, CARROLL v. STATE. (2 Div. 404.) Court of Appeals of Alabama. April 3, 1928.

H. F. Reese, Judge. Possessing a still.

RICE, J. Appeal dismissed.